NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

|  |  |  |
|---|---|---|
| ROGER J. KELLOGG, DOC #T92685, | ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | Case No. 2D16-4819 |
| STATE OF FLORIDA, | ) ) ) | |
| Appellee. | ) ) ) | |

Opinion filed June 15, 2018.

Appeal from the Circuit Court for
Hillsborough County; William Fuente
and Tom Barber, Judges.

Bryant R. Camareno of Bryant R.
Camareno, P.A., Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


Affirmed.


LaROSE, C.J., and BADALAMENTI and ROTHSTEIN-YOUAKIM, JJ., Concur.